Paul Caleo, State Bar No. 153925
Aimee Hamoy-Perera, State Bar No. 221228
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604
---
1901 Harrison Street, 14th Floor
Oakland, California 94612
Telephone:    (510) 444-6800
Facsimile:    (510) 835-6666

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA JOE COOK,<br><br>         Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>         Defendants. | No. 2:11-cv-02060-MCE-JFM<br><br>**REQUEST FOR DISMISSAL AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>**Complaint Filed:  June 24, 2011** |

TO THE COURT AND ALL PARTIES HEREIN:  The parties have agreed to a dismissal with prejudice of this Action in exchange for a mutual waiver of costs.

DATED: August 30, 2011                    BURNHAM BROWN

                                                              /s/
                                               By_____
                                                    AIMEE HAMOY-PERERA
                                                    Attorneys for Defendant
                                                    HOME DEPOT U.S.A., INC.

DATED:  8/31/11    , 2011          LAW OFFICES OF ROBERT E. VANDERHORST

                                                              /s/
                                               By_____
                                                    ROBERT E. VANDERHORST
                                                    Attorneys for Plaintiff
                                                    MARTHA JOE COOK

1
REQUEST FOR DISMISSAL AND [PROPOSED] ORDER                                    2:11-cv-02060-MCE-JFM
DISMISSING ENTIRE ACTION WITH PREJUDICE

1     Pursuant to the parties' stipulation, IT IS ORDERED that:

2     The action be, and hereby is, dismissed with prejudice. The Clerk of Court is directed to
3 close this file.

4 Dated: September 20, 2011

                                                  _____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE